# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                             **CASE NO: 6:21-mj-1686-EJK**

**ROBERT FLYNT FAIRCHILD, JR.**

AUSA: Jennifer Harrington
FPD: Ali Kamalzadeh

| JUDGE: | EMBRY J. KIDD<br>United States Magistrate Judge | DATE AND TIME: | **August 27, 2021**<br>3:49 P.M. – 4:12 P.M. |
|---|---|---|---|
| Virtual: | Zoom | TOTAL TIME: | 23 minutes |
| DEPUTY CLERK: | T. LeGros | REPORTER: | Digital<br>Orlando_Digital_Transcripts<br>@flmd.uscourts.gov |
| INTERPRETER: | N/A | PRETRIAL: | Juan Cabrera |

### CLERK'S MINUTES
### INITIAL APPEARANCE
### (Rule 5c – District of Columbia)

**Defendant was arrested today**

Case called, appearances made, procedural setting by the Court.
Defendant consents to appear via Zoom
Court advises defendant of his rights, including Rule 20 rights.
Government advises defendant of the charges in the Complaint and potential penalties
Defendant oral motion for court appointed counsel- Granted-Court appoints FPD for proceedings in the MDFL.
Government oral motion for release- Motion granted- Order to enter.
Defendant orally waives Rule 5 & 5.1 hearings.
Defendant is released with conditions as set forth in the Order Setting Conditions of Release.
Court adjourned.